

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2014

No. 04-14-00655-CV

Ivarene and Victor **HOSEK**,
Appellants

v.

Rosale **SCOTT**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-06-0559-CVA
Honorable Fred Shannon, Judge Presiding

# O R D E R

On October 24, 2014, this court ordered appellants to provide a reasonable explanation for failing to timely file the notice of appeal. Appellants filed a response, which we deem adequate to show cause why the appeal should not be dismissed.

Therefore, this appeal is ORDERED REINSTATED on this court's docket, and the reporter's record remains due on December 1, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2014.

Keith E. Hottle
Clerk of Court